

# IN THE
## TENTH COURT OF APPEALS

No. 10-09-00173-CV

**DONALD RAY MCCRAY,**

**Appellant**

**v.**

**DELETA D. JONES,**

**Appellee**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 24211**

## MEMORANDUM OPINION

This cause purports to be an appeal from an order or judgment signed on May 1, 2009 in the 12th District Court of Walker County. The Walker County District Clerk sent the Court a letter advising us that it has no record of a Cause No. 24,211, styled Donald Ray McRay v. Deleta D. Jones. Accordingly, in a letter dated June 30, 2009, the Court notified Appellant that he had 21 days to provide the Court with a copy of the May 1, 2009 order or judgment that he is appealing. If he did not do so, this appeal would be dismissed for want of jurisdiction.

Appellant has filed a response that confirms that there is no appealable order or final judgment. He refers the Court to a Third Court of Appeals ruling, which informs us that Appellant sued various Walker County officials (apparently including purported Appellee Jones) in Travis County, that the trial court in Travis County granted the defendants' motion to transfer venue to Walker County and the clerk's record was transferred to Walker County, and that Appellant appealed to the Third Court of Appeals. *See McCray v. Jones,* No. 03-08-00370-CV (Tex. App.—Austin Feb. 6, 2009, no pet.). That appeal was dismissed for want of jurisdiction. *Id.*

Appellant appears to state in his response that his suit against Jones was not transferred to Walker County, and he requests a sixty-day continuance to allow him to "re-consolidate" Jones "to the initial petition and obtain a judgment from the trial court on the initial party[,] which in this case is Walker County." Appellant's description of the underlying procedural status is unclear, but it is clear from Appellant's response and the Austin Court's opinion that there is no final judgment or appealable order and that we lack jurisdiction. Appellant has failed to provide us with a copy of the purported May 1, 2009 order or judgment that he is appealing. We dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Dismissed
Opinion delivered and filed August 5, 2009
[CV06]